Kathryn B. Blakey, Esq.
Nevada Bar No. 12701
LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500
Dallas, Texas 75201.2931
Telephone:   214.880.8100
Facsimile:   214.880.0181
kblakey@littler.com

Hayley J. Cummings, Esq.
Nevada Bar No. 14858
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:   702.862.8800
Facsimile:   702.862.8811
hcummings@littler.com

Attorneys for Defendants
WAL-MART ASSOCIATES, INC. and
WALMART INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE ARISMENDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation; WALMART INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:26-cv-00170-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS WAL-MART ASSOCIATES, INC. AND WALMART INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>[ECF No. 9] |

Plaintiff Leslie Arismendez, ("Plaintiff"), by and through her attorneys of record, Jemma E. Dunn, Esq., Matthew T. Hale, Esq., and Michael A. Burnette, Esq., of Greenberg Gross LLP; and Defendants Wal-Mart Associates, Inc. and Walmart Inc. (collectively, "Defendants"), by and through their attorneys of record, Kathryn B. Blakey, Esq. and Hayley J. Cummings, Esq., of Littler Mendelson, P.C., hereby stipulate to extend the time for Defendants to file a responsive pleading to Plaintiff's Complaint. Wal-Mart Associates, Inc.'s responsive pleading is currently due on April 30, 2026 (*see* ECF No. 8), and Walmart Inc.'s responsive pleading is currently due

LITTLER
MENDELSON, P.C.
2001 Ross Avenue
Suite 1500
Dallas, Texas
75201.2931
214.880.8100

on May 5, 2026 (*see* ECF No. 7). The Parties stipulate to extend the deadline for both Defendants to respond to the Complaint up to and including **May 19, 2026**.

The requested extension is necessary because Defendants' counsel was recently retained and requires additional time to review the allegations in the Complaint, investigate the claims, and prepare a responsive pleading.

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: April 28, 2026

GREENBERG GROSS LLP

/s/ Michael A. Burnette
Jemma E. Dunn
Matthew T. Hale
Michael A. Burnette

Attorneys for Plaintiff
LESLIE ARISMENDEZ

Dated:  April 28, 2026

LITTLER MENDELSON, P.C.

Katie Blakey
Hayley Cummings

Attorneys for Defendants
WAL-MART ASSOCIATES, INC. and
WALMART INC.

**IT IS SO ORDERED.**

**DATED:** April 28, 2026

UNITED STATES MAGISTRATE JUDGE

LITTLER
MENDELSON, P.C.
2001 Ross Avenue
Suite 1500
Dallas, Texas
75201.2931
214.880.8100

2