**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

LESLIE ARISMENDEZ,

Plaintiff,

v.

WAL-MART ASSOCIATES, INC., *et al.,*

Defendants.

Case No. 3:26-cv-00170-MMD-CLB

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION REGARDING DISCOVERY DISPUTE AS TO DEFENDANTS WALMART ASSOCIATES, INC. AND WALMART INC. FAILURE TO RESPOND TO PLAINTIFF'S FIRST SETS OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

[ECF No. 21]

Before the Court is Plaintiff Leslie Arismendez's ("Plaintiff") motion regarding discovery dispute as to Defendants Walmart Associates, Inc. and Walmart Inc. ("Defendants") failure to respond to Plaintiff's first sets of interrogatories and requests for production of documents. (ECF No. 21.) In the motion, Plaintiff requests that the Court enter an order (1) compelling Defendants to serve complete, verified responses to Plaintiff's First Set of Interrogatories and complete responses to Plaintiff's First Set of Requests for Production of Documents, without objection, and to produce all responsive documents, within fourteen (14) days of the Court's order; and (2) for an order awarding Plaintiff reasonable expenses, including attorneys' fees, incurred for filing this motion. (*Id.* at 6.) No opposition was filed.

Pursuant to Local Rule 7-2(d), "the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." The Court therefore grants Plaintiff's request for complete responses to the first sets of interrogatories and requests for productions of documents but must deny the request for reasonable expenses, including attorneys' fees.

///

**IT IS THEREFORE ORDERED** that Plaintiff's motion, (ECF No. 21), is **GRANTED** in part and **DENIED** in part.

- **GRANTED**, as to the failure to respond to the first sets of interrogatories and requests for production of documents, and
- **DENIED**, as to the request for reasonable expenses.

**IT IS FURTHER ORDERED** that Defendants serve complete, verified responses to Plaintiff's First Set of Interrogatories and complete responses to Plaintiff's First Set of Requests for Production of Documents, without objection, and to produce all responsive documents, within fourteen (14) days of the Court's order. Failure to comply with this order will result in sanctions.

**IT IS SO ORDERED.**

**DATED**: October 19, 2026.

**UNITED STATES MAGISTRATE JUDGE**